U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 16 2012

TONY R. M——, CLERK
BY ——— DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-0174-03 |
| VERSUS | * | JUDGE TOM STAGG |
| TERRANCE DEANTRA LEE | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Terrance Deantra Lee, and adjudges him guilty of the offense charged in Count 1 of the Indictment against him.

THUS DONE AND SIGNED in chambers, this 16th day of October 2012, Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE